```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (STATE BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4  Facsimile:  (415) 392-1978

5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., | NO. C 09 3634 JCS |
| Plaintiffs, | STIPULATION AND ~~PROPOSED~~ ORDER TO REFER MATTER TO MEDIATION |
| vs. | |
| SECOND GENERATION ROOFING, INC., a California corporation, | |
| Defendant. | |

The parties have met and conferred by conference call with the ADR unit, and desiring to have the case referred to mediation as soon as practical, IT IS STIPULATED that this case be referred to mediation.

DATED: November 4, 2009        /s/Michael J. Carroll
                               Michael J. Carroll
                               Attorneys for Plaintiffs

DATED: November 4, 2009        /s/Mark D. Jordan
                               Mark D. Jordan
                               Attorneys for Defendant

IT IS SO ORDERED.

DATED: 11/04/09                _____
                               HONORABLE JOSEPH C. Spero
                               [Signature: Judge Joseph C. Spero]

**STIPULATION & PROPOSED ORDER TO REFER MATTER TO MEDIATION**