**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, | No. C 09-03634 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| SECOND GENERATION ROOFING INC, | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on November 13, 2009, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff and Defendant shall appear on **December 18, 2009, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for failure to appear at the case management conference on November 13, 2009, and for failure to comply with the Court's Order dated August 7, 2009. A case management conference is also scheduled for December 18, 2009, at 1:30 p.m.

IT IS SO ORDERED.

Dated: November 16, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge