**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES,<br><br>    Plaintiff(s),<br><br>v.<br><br>SECOND GENERATION ROOFING INC,<br><br>    Defendant(s). | No. C 09-03634 JCS<br><br>**ORDER EXPUNGING ORDER TO SHOW CAUSE [Docket No. 13]** |

IT IS HEREBY ORDERED that the Order to Show Cause, issued on November 17, 2009, as to Plaintiff is expunged. The Order to Show Cause hearing set for December 18, 2009, at 2:00 p.m., before Magistrate Judge Joseph C. Spero is vacated. The case management conference set for **December 18, 2009, at 2:00 p.m.**, shall remain on calendar.

IT IS SO ORDERED.

Dated: December 3, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge