**MARK D. JORDAN**
*Attorney at Law*
**1612 Fourth Street**
**Santa Rosa, CA  95404-4020**
Telephone:  (707) 526-3700
Facsimile:  (707) 526-1716
E-mail:  mdj@1612fourth.com

*Diane Aqui- Of Counsel*
*da@1612fourth.com*

Friday, December, 11, 2009

US District Court, Northern District of California
Magistrate Judge Joseph C. Spero
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    **Re:**    **Board of Trustees of the Bay Area Roofers, et al,. v. Second Generation Roofing, Inc.**
             **Case No: C 09-3634 JCS**

Dear Magistrate Judge Spero:

I, MARK D. JORDAN, am the attorney of record for SECOND GENERATION ROOFING, INC., and respectfully request to appear telephonically at the December 18, 2009 Case Management Conference for the following reasons:

1. I am suffering severe neuropathy in my hands due to late effects of radiation therapy treatment that I underwent 20 years ago.

2. This neuropathy makes it extremely difficult and painful for me to drive long distances.

3. The distance between my office in Santa Rosa, CA and Federal District Court in San Francisco, CA is approximately 140 miles round-trip and is expected to take upwards of three hours due to Bay Area traffic.

4. For these medical reasons, I respectfully request permission to appear telephonically by way of my office land line at 707-526-3700.

Respectfully submitted,

                                    S/
Dated: Dec. 11, 2009              MARK D. JORDAN
                                     Attorney for Second Generation Roofing, Inc.



IT IS SO ORDERED
Judge Joseph C. Spero