1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10

11
   BOARD OF TRUSTEES OF THE BAY AREA  )    NO. C 09 3634 JCS
12 ROOFERS, et al.,                   )
                                      )
13              Plaintiffs,           )
                                      )
14       vs.                          )    STIPULATION FOR
                                      )    DISMISSAL; ORDER
15 SECOND GENERATION ROOFING, INC.,   )
   a California corporation           )
16                                    )
                                      )
17              Defendants.           )
   _____)
18

19          It is hereby stipulated between the parties that the above

20 entitled action be dismissed without prejudice.

21 Dated: February 10, 2010        ERSKINE & TULLEY

22
                                   By:/s/Michael J. Carroll
23                                    Michael J. Carroll
                                      Attorneys for Plaintiffs
24
   Dated: February 10, 2010        MARK D. JORDAN
25                                 ATTORNEY AT LAW

26
                                   By: /s/Mark D. Jordan
27                                    Mark D.Jordan
                                      Attorney for Defendant
28

                    STIPULATION FOR DISMISSAL; ORDER
                                   1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

O R D E R

It is so ordered.

Dated:_____  Feb. 10, 2010

_____
Honorable _____, Judge

Judge Joseph C. Spero

STIPULATION FOR DISMISSAL; ORDER
2